## Commonwealth *v.* Caserta, Appellant.

Argued September 13, 1967.  *Anthony D. Pirillo, Jr.,* with him *Pirillo and Carabello,* for appellant; *John J. Collins,* Assistant District Attorney, with him *Kenneth G. Biehn,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cleveland, Appellant.

Submitted September 14, 1967.  *Earl W. Tabor,* Public Defender, for appellant; *Robert M. Kemp,* District Attorney, for Commonwealth, appellee.

Order affirmed.